Civil

Freddie Williams
Name

Wyandotte County Jail

710 N. 7th St
Kansas City, Ks 66101
Address

FILED

MAR 5 2018

Clerk, U.S. District Court
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

18-3053-SAC

Freddie Williams, Plaintiff
(Full Name)

CASE NO. 17CR1122
(To be supplied by the Clerk)

V.

The State of Kansas, Defendant(s)
Wyandotte County Registration

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Freddie Williams, is a citizen of Kansas
   (Plaintiff)                          (State)

who presently resides at Wyandotte County Jail 710 N. 7th
   _____ (Mailing address or place
st Kansas City Kansas 66101     of confinement.)

2) Defendant The State of Kansas,  Wyandotte County Registration
              (Name of first defendant)         is a citizen of

– Deputy Moorman   Kansas City Ks, and is employed as
                   (City, State)

Deputy in Wyandotte Co. Registration Department. At the time the
              (Position and title, if any)

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

He is employed with the government
working at a government agency

XE-2 8/82              CIVIL RIGHTS COMPLAINT §1983              1

3) Defendant _Judge Courtney H. Mickser_ is a citizen of
(Name of second defendant)

_Kansas City, KANSAS_ , and is employed as
(City, state)

_Judge of Wyandotte County_ . At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [✓] No [ ] . If your answer is "Yes", briefly explain:

_She is a Judge_

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

State vs. Wanders, 263 KAN 582, 589, 952
P.2d 1351 (1998) "Review of conclusions of Law is unlimited.

## B.  NATURE OF THE CASE

1) Briefly state the background of your case:

Failure to Register; police officer deliberately
or with a Reckless disregard for the truth, used
false and inaccurate dates to present false
impression to obtain a warrant. By law
the omission of material of the misstatements
or inserted facts of recklessly offending inaccuracies
violates Evidence Rule of K.S.A 60E445
because the trustworthiness of the identification
Remains the subject to all facts. Misleading evidence
violates Confrontation Clause and Due Process

## C. CAUSE OF ACTION

1)  I allege that the following of my constitutional rights, privileges or immunities have been

violated and that the following facts form the basis for my allegations: (If necessary you

may attach up to two additional pages (8h" x 11") to explain any allegation or to list

additional supporting facts.)

A) (1) Count I: Distorted evidence is prejudice. Prejudice to defendant limits the possibility that the defense will be impaired. Violating 10 day preliminary hearing of fast speedy trial "Due Process"

(2) Supporting Facts: (Include all facts you consider important, including names of

persons involved, places and dates. Describe exactly how each defendant is involved.

State the facts clearly in your own words without citing legal authority or argument.):

See Petition; The dates and time is inaccurate and done deliberately to bring forth malice for false imprisonment and was down only act of reckless intent by police (Deputy Moorman).

B) (1) Count II: Defective Information; violating 8th Amendment of cruel and unusual punishment.

(2) Supporting Facts: Double Jeopardy states you can not be sentenced twice. The defendant (petitioner) was sentenced to 10 years at the time of his alleged conviction. He falls underneath that law, too be force to pay $$ and jail to fail to register when petitioner was in hospital is cruel and unusual punishment.

C) (1) Count III: The trustworthiness of identification remains the subject to all factors; State vs. Warren P.2d, 1236, 230 Kan. 385, 635 (1981)

(2) Supporting Facts: The determination of the Admissibility of an accused in a state case is a matter of local procedure, the question of Admissibility must be satisfied by due process clause, to constitutional standards and a judge must not misdirect himself.

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

Yes ☐ No ☑ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: _____ N/A _____

Defendants: _____ N/A _____

b) Name of court and docket number _____ N/A _____

_____

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____ N/A _____

_____

d) Issues raised _____ N/A _____

_____

e)  Approximate date of filing lawsuit _____N/A_____

f)  Approximate date of disposition _____N/A_____

1)  I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☐ . If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____N/A_____

_____

_____

_____

## 2)  REQUEST FOR RELIEF

1)  I believe that I am entitled to the following relief:

Any And All deemed by the law
Dismissal under the 5th, 8th, 14th Amendment
Dismiss with prejudices by Constitutional
Standards
for petitioner motion/petition be granted

_____
Signature of Attorney (if any)

_____Freddie Williams_____
Signature of Petitioner

_____

_____

_____

(Attorney's full address and telephone number)

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983          5

In The Supreme Court of Kansas

Freddie Williams
            Petitioner/Plaintiff

vs.                                CASE 17CR1122

The State of Kansas
        Respondent/
            Defendant


Writ of Habeas Corpus To Obtain Dismissal
of Defective Information, and incorporated
Memorandum In support of violating plaintiff
United States Constitutional Rights....

Come Now, the plaintiff, Freddie Williams, pro-se And
moves the court to bring this habeas corpus proceedings
for the Rights of the plaintiff to be released from the
Above case And custody depending entirely upon the
validity of his restraint on the date of him
filing this petition And, notwithstanding statutory pro-
visions restricting the issuance of the writ when it
appears the petitioner's Rights may be protected by
appellant Review, And to Adjudicate whether detention
is lawful in it's inception has become unlawful by
Reasons of some Act, omission or event And the prison-
er, (Petitioner) has become entitled to his discharge,
because of it's occurance...

And for An Order of Dismissal for Defective In-
formation, Complaint, And indictment in defendant
Preliminary or Trial procedures, the matters, or
class of matter, and all information or documents
pertaining thereto, as are hereinafter set forth
And described, And specifically states the following
In support of the Above, State v. Whisner, 35 Kan.
07,10 P. 852, it is held the Phrase "due process of law"
means law in its Regular course of Administration in
Accordance with the general Rules for the protection
of individual Rights.

22-3208 Pleadings And Motions

2) Any defense or objections which is capable of determin-
ation without the trial of the general issue may be
raised before trial by motion.

3) Defenses And objections based on defects in the
institution of the prosecution or in the complaint, inform-
ation or indictment other than that it fails to show
jurisdiction in the court or to charge A crime may be
raised only by motion before trial. The Motion shall in-
clude All such defenses And objections then available
to the defendant (petitioner). Failure to present Any
        State vs. Freddie Williams
such defense or objection As herein provided consti-
tutes A waiver thereof, but the court for cause shown
may grant relief from the waiver. Lack of jurisdiction
or the failure of the complaint, information or indict-
ment to charge A crime shall be Noticed by the court
at Any time during the pendency of the proceedings.

4) The motion to dismiss shall be made at any time prior to arraignment or within 21 days after the plea is entered. The period for filing such motion may be enlarged by the court when it shall find that the defendant and could not with reasonable diligence have been discovered by the petitioner within the period specified herein.

A plea of guilty or a consent to trial upon a complaint, information or indictment shall constitute a waiver of defenses and objections based upon the institution of the prosecution or defense or defects in the complaint, information or indictment other than it fails to show jurisdiction in the court or to charge a crime.

<u>Arguments And Laws:</u>

The record in a habeas corpus proceedings examined and holds; that the petitioner on the dates of the filing of his petition was illegally restrained of his liberty in violation of rights guaranteed him by the 8th and 14th Amendment to the constitution of the United States because: (1) He is held in custody by virtue of a commitment which disclosed on it's face the date fixed for his incarceration was 4 months later after the alleged date filed had passed, and (2) in view of provisions of the criminal code pertaining to the arrest of another case and examination of persons charged with crime he had not been accorded rights to which he was entitled to under the law in it's regular course of administration.

Since on the face the commitment produced by the Respondant as justification for their detention of the petitioner it appears the time fixed by the magistrate for the latter's detention had been done out of malice intention and had passed. It conceded the petitioner is not being held in custody by virtue of any other judicial order or legal process for case MCR1022, and there's no difficulty to conclude that on the date(s) of the filing of the application for a writ of Habeas Corpus the petitioner is being held and illegally restrained of his liberty and entitled to an order releasing him from custody.

1) Petitioner, Freddie Williams assert the evidence in the Exhibit(s) 1, 2, 3, 4, 5, 6, 7, was insufficient to sustain a charge, and the dates show inaccuracies in the papers, complaint, indictments, that lead to the petitioner being charge.

2) The time and dates or inaccurate to pursue a conviction. The petitioner is already label 1st conviction showing self-incrimination by violating his 5th Amend.

3) The petitioner was charged October 24, 2017 after he was bound over for trial by a judge who had malice intention against petitioner. The petitioner has been incarcerated for 215 days and is set for a status conference on May 14, 2018 going beyond the statue of limitation of 90 days with no record of a continuance for preliminary hearing that is held within 10 days of the arraignment. The petitioner is already labeled

CONVICTION showing prejudice, by false CLAIMS.

4) CRUEL AND UNUSUAL punishment to deliberately bring About A charge Against A person who was hospital-ized And placed on bedRest by doctors At KU Medical Center. When the petitioner was Released he called the Registration depARtment And was told when he was Able to bring in hospital papers to show proof.

5) The seriousness of this charge is over Not paying A $20.00 fee And when Deputy MooRMAN seen petitioner HAd A WARRANT Deputy maliciously filed A Non-compliance complaint unlawfully Against petitioner.

6) The computer systems shows the petitioner to be in jail May-July of 2016 And 2017. The months the petitioner was Alleged in violation of this charge.

7) Prosecutor is withholding exculpatory material that is evidence that will show proof petitioner signed Registration papers for the month of May, June, And July in 2017, by Deputy ZANder who brought petitioner the papers in segregation of Wyandotte County jail in July of 2017 that petitioner sent to DAve MAtt-hews his prior AttoRNey, in which DAve MAtthews gAve to Judge CouRtney Miksec who four months unseal-ed petitioner indictment After she bound petitioner over for trial in Another case At preliminary to hold petitioner maliciously on false charges.

8) Malicious prosecution; this charge was deliberately unsealed to keep petitioner in jail by A judge who abused her discretion in Another case, to deliberately

keep the petitioner incarcerated after she made false claims at petitioner preliminary hearing to bound him over for trial. The false statement (pertains to a Motion To Suppress given orally in another matter, see ROA of case 16CR00601. These acts was done deliberately to be cruel and indifference to the petitioner to give him an excessively high bond for he would not bond out on; violating his 8th Amendment Right.

9) First conviction for not Registering usually sit in jail for two months and receive probation (and is Released. The petitioner was charged October 24, 2017 and given a $20,000°° bond when he was already unable to pay a 5,000°° for case 16CR00601... He is not schedule to go to a status conference until May 14, 2018 when he goes to trial for case 16CR00601. That will be 6 months pass the limitation required of a fast a speedy trial. Therefore the petitioner directs the courts attention to the requirements of G.S. 1935, 62-611, further reference to it's provision disclose, that a magistrate cannot arbitrarily continue the hearing of a preliminary examination for an indefinite period of time. On the contrary his/her power to continue such hearing is limited to ten days at one time except in cases where the defendant consents to a longer delay... In addition G.S. 1935, 62-614 requires him to conduct it "as soon as may be." The Record reveals the preliminary in this case was continued for more than ten days in the first instance and that there after no judicial action was taken with respect to a

CONTINUANCE, OR CONTINUANCES with the Result the accused had been held in jail without any hearing at all for more than 6 months. It's not directed to what brought the situation about, but to it's legal Results of failure of statutory compliance of law.
(1) Judiciary Abuse of the law by a magistrate for use of false evidence to violate the fundamental Rights of the United States Constitution; to keep the petitioner incarcerated with a excessively high bail, violating his liberty of Freedom, due process of the 14th Amendment and self-incrimination of the 5th Amendment.

<u>Conclusion</u>

Petitioner, believes if courts look at the defective information in this case, and wherefore, the definition of "Due Process" as set forth in State vs. Whisner, supra, the import of that phrase as found in the 14th Amendment to the Constitution of the United States, and the force and effect of the fundamental legal principals of law announced in State v. Beebe, supra the facts of this case clearly present a situation where it must be held with respect to his preliminary examination, aside from what has been heretofore determined the petitioner is deprived of his liberty without Due Process of law and is entitled to his discharge on that account.

<u>History and References</u>

G.S. 1935, 60-2201 (G.S. 62-614) G.S. 1935, 62-611. State vs. Whisner, 35 KAN. 271, 10 P. 852. In Re Bolman, 13 KAN. 593, 292 P. 790. Whalen v Cristell, 161 KAN. 747, 173 P. 2d 252. (1946).....

25 A.M. Jur. 190, §64; 39 C.J.S, Habeas Corpus, Pg. 444, §13, K.S.A 60-445 "Evidence. that is misleading violates Due Process. This Writ shall be Allowed And order the dismissal of this case. for violating United States Constitution al Rights of petitioner.

Respectfully Submitted by
Petitioner
Freddie Williams

Proof of service

I, Freddie Williams, do swear or declare that on this date 03/24/____ 2018, As required by Rule 9.01 to have proof of service. on record, by depositing An envelope containing the documents (Petition for Writ of Habeas Corpus) is enclosed And properly Addressed to ;     And with first class postage prepaid delivery.

Supreme Court of Kansas
301 S.W. 10th Ave.
Topeka, Ks 66612

I declare under penalty of perjury that the foregoing is true And correct.   Executed on _____ 2018
Freddie Williams

K.S.A 60-1501 "Substantial evidence is such Legal And Relevant evidence As A reasonable person might Accept As being sufficient to support A conclu- sion. State v. Wonders 26 S KAN. 582, 584, 952 P 2d 1351 (1998)

17CR1122

**AFFIDAVIT FOR APPLICATION FOR WARRANT**

*FILED*

*2017 OCT 24 AM 9: 12*

*WYANDOTTE COUNTY COURT*
*COUNTY KANSAS*

*DEPUTY*

**STATE OF KANSAS, COUNTY OF WYANDOTTE**

DATE:  June 1, 2017                          Case #:  2017000101247

      Affiant, being first duly sworn on oath, says that he has reason to believe as follows:

1.    The following crime or crimes are being or have been committed:

        **22-4903**    **Violation of Offender Registration Act:**  Failure to Register as an Offender
        **22-4903**    **Violation of Offender Registration Act:**  Failure to Provide Current Address
        **22-4905**    **Violation of Offender Registration Act:**  Failure to Pay Registration Fee

2.    The person or persons alleged to have committed said crime:

**Williams, Freddie Lu'Carl's  b/m born 2-17-1977
aka:  Williams, Freddie Lee;  Williams, Freddie A.;  Williams, Freddie L. A.;
Williams, Freddie Lu Carls;  Williams, Freddy Lu-Charl's;  Williams, Freddy
LuCharles; Williams, Ronald;  and Wilson, Ronald
Unknown – Kansas City, KS area**

3.    This affidavit and application is based on the following facts:

On April 2, 1996, Freddie Lu'Carl's Williams was convicted in Wyandotte County, Kansas District Court of the crime of Attempted Rape in case 95CR1531.  As a result of that conviction, Mr. Williams is required to register for 10 years.

    On March 4, 2002, Mr. Williams was registered by the Kansas Department of Corrections prior to his release.  Mr. Williams provided the address of 7th and Nebraska in Kansas City, Kansas 66101 as his physical address.

    On June 1, 2006, changes to the Kansas Offender Registration Act now required Mr. Williams to register in person during his birth month and 6 months after that and to pay a registration fee of $20.00 during each registration.  Mr. Williams was now required to register during the months of February and August.

    On July 1, 2007, changes to the Kansas Offender Registration Act now required Mr. Williams to register in person during his birth month and every four months after.  Mr. Williams was now required to register during the months of February, June, and October.

1

*[Handwritten annotation at top: "Double Jeopardy violates the 8th Amendment. CAN'T Be Sentenced Twice for the SAME CRIME"]*

On July 1, 2011, changes to the Kansas Offender Registration Act now required Mr. Williams to register in person during his birth month and every three months after that.  The July 1, 2011 law changes also require Mr. Williams to register for the remainder of his life.  Mr. Williams was now required to register during the months of February, May, August, and November.

On March 28, 2016, Mr. Williams registered with the Wyandotte County, Kansas Sheriff's Office.  Mr. Williams provided the address of 1021 N. 7th St #508 in Kansas City, Kansas 66101 as his physical address.  Mr. Williams did not pay his $20.00 offender registration fee leaving him a balance due of $20.00. Mr. Williams signed a notice of failure to pay offender registration fee form that was witnessed by Deputy Michael Moorman.

On May 31, 2016, Mr. Williams registered with the Wyandotte County, Kansas Sheriff's Office.  Mr. Williams provided the address of 1021 N. 7th St #508 in Kansas City, Kansas 66101 as his physical address.

On August 19, 2016, Mr. Williams was incarcerated in the Wyandotte County, Kansas Detention Center.  On December 22, 2016, Mr. Williams was released from the Wyandotte County, Kansas Detention Center.  Mr. Williams did not register with any Kansas law enforcement agency within 3 business days of his release / moving to a new address.

On February 28, 2017, Mr. Williams failed to register during the month of February which is his required month to register.

On March 3, 2017, I called Mr. Williams' Mom at (913) 375-8239 and left a voicemail message.  I called Mr. Williams' sister Hanna at (913) 265-1233 and left a voicemail message.

On March 31, 2017, I attempted to make contact with Mr. Williams at his registered address of 1021 N. 7th St #508 in Kansas City, Kansas 66101.  I spoke to staff member Cassandra Chambers who said that Mr. Williams' Mom Carolyn Williams used to live there, but she had moved out of the building.

On April 4, 2017, I called Mr. Williams' Mom at (913) 375-8239 and left a voicemail message.  I called Mr. Williams' sister at (913) 265-1233 and spoke to Hanna Washington who said that she would tell Mr. Williams to call me.

On May 31, 2017, Mr. Williams failed to register during the month of May which is his required month to register.

On June 1, 2017, I searched the Federal Bureau of Prisons, and the Kansas and Missouri Department of Corrections, the Wyandotte and Johnson County, Kansas, and the Jackson County, Missouri jails and did not locate Mr. Williams in custody.   I checked the United States Department of Justice National Sex

2

*[Handwritten annotations in left margin: "WAS hospitalized for P.G. Blood clots at KU MED on Call Moorman and he told me to show 'em W/W papers"]*

*[Handwritten annotations in right margin: "D.A. HAS Registration papers showing I WAS In WY Co. JAIL served by Deputy & ZANDER to my ID in 2017 July"]*

*[Handwritten annotations at bottom: "The Defendant CANNOT PREPARE AGAINST False evidence used by STATE. K.S.A. 60-440  Brady VS. MARYLAND"]*

Offender Public Website which showed that Mr. Williams is not registered in any other state. I found that Mr. Williams currently has a warrant with no bond out of Wyandotte County, Kansas.

As of June 1, 2017, Mr. Williams has failed to register with the Wyandotte County, Kansas Sheriff's Office or submit his past due registration fees of $20.00 and he remains non-compliant.

Wherefore, the undersigned requests that a warrant be issued for the arrest of said Freddie Lu'Carl's Williams, as provided by law.

Affiant _____
(Det. Shaun Bitikofer 1253)

Subscribed and sworn to before me on the above date.
My commission expires:

MICHAEL D. SIMMONS
NOTARY PUBLIC
STATE OF KANSAS

_____ MS 182    01/19/2021    Notary Det. _____ 1252

*This is why he filed this*

*This is Cruel And Unusual Punishment, depriving defendant his right of the 5th And the 14th United States Constitutional Rights And the use of prejudice And false statements by A government official. Because of this this case should be dismiss with prejudice Allowing defendant relief under Double Jeopardy And being free of self-incrimination provide by the 14th Amendment.*

Exhibit

This is A legal document for Freddie Williams An inmate At Wyandotte County Adult Detention Center; he Request the Above And foregoing information And documents from the Programs Service At Wyandotte County And the Registration Department IN order to obtain Jestice And A Fair proceeding in his criminal cases. Failure to supply him with this violates his Fourteenth Amendment Right of Due Process

### Certificate of Service

I, Freddie L A Williams, do swear or declare that this 5 day of November 2017, As required by Rule 9.01 to have Proof of Service on All Respondents or their counsel of Record, by depositing A true And Accurate copy of the Above Requested informations And documents be sent to him And provided to him for legal proceeding by the Programs And Registration Department At Wyandotte County Adult Detention Center... Copies has been omailed or sent to the following Registration Department        Executed on 11/5/ 2017
710 N. 7th St KC, Ks 66101

FREDDIE WILLIAMS
signature
03/28/2018

Inmate Programs / Legal Service
910 N. 7th st OKC, KS. 66101

ESMERALDA WILSON
NOTARY PUBLIC
STATE OF KANSAS

My commission expires: 8/11/21

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS 6TH DAY OF NOVEMBER, 2017 BY FREDDIE L A WILLIAMS.

SUBSCRIBED AND SWORN TO BEFORE ME, A NOTARY PUBLIC, WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED IDENTIFICATION.

STATE OF KANSAS
COUNTY OF WYANDOTTE

PRINT NAME: _Freddie Williams_

Exhibit D

POD: _Ba_   CELL: _5_

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: _11/7/2017_                    TIME: _1:00 p.m._

( ) APPEAL                    ( ) CLASSIFICATION

( ) REVIEW                    ( ) DISCIPLINE

( ) GRIEVANCE                ( ) REQUEST _Offender Registration Dept._

TO: _ZANDER: Deputy ZANDER "Registration Department"_

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

_July 2017 of this year" you can to me in_
_Ba cell 5 and gave me some papers "Registra-_
_tion" for June July May of 2017 telling me you_
_would Register me in August 2017 of this year_
_if I don't bond out. Can you send me a copy of_
_that paper and the Registration in my file_
_that I Registered "because I put 1260 N 7th_
_Address, changed it to 1001 N 7th st, and 2032 Birch_
_Dr. so I need all my Registration forms._

INMATE'S SIGNATURE: _Freddie W Williams_          INMATE # _16092_

DISPOSITION: _All registration forms on you_   DATE: _11-9-17_
_are in the D.A.'s file. Your Lawyer will_
_request a copy from the D.A. If you are_
_representing yourself on this case you will need to_
_request a copy of your file from the D.A._

_Exculpatory Evidence_

DEPUTY'S SIGNATURE AND RANK _Det. Bitikofer   1253_

WHITE: "FILE"  –  CANARY: "DEPUTY"

PRINT NAME: Freddie Williams #20100044165        Ex I

POD: I   CELL: 5

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: February 13, 2018        TIME: 12:20 p.m.

( ) APPEAL                    ( ) CLASSIFICATION

( ) REVIEW                    ( ) DISCIPLINE

( ) GRIEVANCE                 (X) REQUEST   Legal information

TO: Records

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

1) From January 19 -- June 26, 2017 the records show I did (Not come back) to jail for no new offenses other than Agg. FTA on June 26, 2017?

2) And March 6, 2017 I had a court date for the Municipal Court that was continued to July 19, 2017?

Could you please answer these questions for me?

INMATE'S SIGNATURE: Freddie Williams        INMATE # 20100044165

DISPOSITION: As communicated to you on your        DATE: 2/14/18
previous ICF, the information that we gave you is accurate per our records. We do not have Municipal Court records.

DEPUTY'S SIGNATURE AND RANK   E. Pope 6079

PRINT NAME: Freddie Williams #2019004465

POD: I   CELL: 5

Ex 3

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 02/13/2018                 TIME: 8:00 p.m

( ) APPEAL                    ( ) CLASSIFICATION

( ) REVIEW                    ( ) DISCIPLINE

( ) GRIEVANCE                 (X) REQUEST   Legal informations from January 19, 2017 to June 26, 2017 did I come back in any New offense?

TO: Records Clerk Charity Miller
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

It is obvious you will not know a answer to a court question if you seen a motion a detainee filed You are records classification programs supervisor and all, so Anything a person is booked in you have their court informations. This is a county jail who hold detainees on Municipal cases that you work for! Christians to help some one y'all take away or lie about like the law library And I see your system has inaccurate dates because I was booked in June 26, 2010 on flag failure to appear. I was charge October 24, 2017 with failure to register. Check your dates. That's how I know y'all lie and work with the prosecutor. Thank you!

INMATE'S SIGNATURE: Freddie Williams          INMATE # 2019004465

DISPOSITION: Mr. Williams, Your concerns have been   DATE: 2/14/18
Reviewed. The information that you have been given is accurate per our records. If you have further dispute with the information You will need to contact Municipal Court or the Booking Desk.

DEPUTY'S SIGNATURE AND RANK   E. Pope 6079

PRINT NAME: Freddie Williams Thomas Kios          Ex 4

POD: I   CELL: 5

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 02/11/2018          TIME: 10:00 a.m.

( ) APPEAL                    ( ) CLASSIFICATION

( ) REVIEW                    ( ) DISCIPLINE

( ) GRIEVANCE                 (X) REQUEST  Information legal

TO: Records

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

1) Can you provide me with the following information... Really confirmation of dates.

2) March 6, 2017 I had court for the Municipal Court it was continued 'til July 19, 2017? True?

3) From January 1, 2017 til June 28, 2017 I did not come to jail for any new offense, or violence?

INMATE'S SIGNATURE: Freddie Williams          INMATE #: _____

DISPOSITION: _____          DATE: 2/13/18

2) We are not Municipal. You would need to contact them to see what went on in Court.

3) The only new Charge you came in on was the 17CR122 - Violation of Offender Regis Act; 1st Conviction. You came in on the 28th for this Charge.

DEPUTY'S SIGNATURE AND RANK  C. Miller  Records Clerk.

WHITE: "FILE" - CANARY: "DEPUTY"

IN THE DISTRICT COURT OF WYANDOTTE COUNTY

FILED
2017 JUL 10 AM 11: 01
CLERK
WYANDOTTE COUNTY KANSAS
BY
DEPUTY

THE STATE OF KANSAS,        )
                            )
                 Plaintiff, )
                            )
vs.                         )        CASE NO.   2017CR601
                            )
                            )
FREDDIE WILLIAMS            )
                 Defendant, )


### MOTION TO MODIFY BOND

Comes now, Counsel and moves the Court to modify bond in this case. In support of the

motion, Counsel asserts the following:

1. Defendant was previously given an OR bond. The State did not object.

2. Defendant entered into plea negotiations which required him to obtain drug treatment.

3. Defendant set up an appointment with ASAP.

4. Prior to his appointment, Defendant had a seizure and was hospitalized at K.U. Medical

    Center. Defendant also had seven blot clots.

5. Defendant missed his Court date due to his medical issues.

6. Defendant is not a flight risk.

Therefore, Defendant requests the Court modify his bond.

Respectfully,

David H. Matthews
Kansas Supreme Court No. 16802
601 Minnesota
Kansas City, KS 66101
816-665-4307
Attorney


## CERTIFICATE OF SERVICE

I certify that Counsel's entry of appearance was had delivered to the Wyandotte County District Attorney's Office: attention Assistant District Attorney Kayla Roeler on July 10, 2017.

Attorney

Date:  10/19/2017
Time:  11:19 AM
Page 5 of 7

**Wyandotte County District Court**
ROA Report
Case: 2016-CR-000601  Current Judge: J Dexter Burdette
Defendant: Williams, Freddie

Ex 5

State of Kansas  vs.  Freddie Williams

Felony

| Date | | Judge |
|------|---|-------|
| 1/19/2017 | Prosecutor of Record Kayla L Roehler | J Dexter Burdette |
| 1/23/2017 | Motion<br>Document title: MOTION FOR ABUSE OF DISCRETION AND ABUSE OF RIGHTS pro se<br>Document ID: 3020250 | J Dexter Burdette |
| 1/30/2017 | Email Sent  Date: 01/30/2017 02:15 pm To: dmatthewslaw@gmail.com<br>File Attached:<br>MOTIONFORABUSEOFDISCRETIONANDABUSEOFRIGHTS.pdf Name of Document: MOTION FOR ABUSE OF DISCRETION AND ABUSE OF RIGHTS | J Dexter Burdette |
| 3/2/2017 | Hearing result for Preliminary held on 03/02/2017 09:00 AM: Defendant Fails to Appear for preliminary hearing; Bench Warrant and Bond Forfeiture Ordered. Bond reinstated $5,000 | Jennifer L Myers |
| | Bench Warrant Issued  Bond amount: .00  Failure to Appear for preliminary hearing  Defendant: Williams, Freddie<br>Document title: BENCH WARRANT ORDER ISSUED SHERIFF<br>Document ID: 3047889 | Jennifer L Myers |
| 5/31/2017 | Disposed due to Failure to Appear (21.5706.a Possession of opiate, opium, narcotic or certain stimulant) | J Dexter Burdette |
| | Disposed due to Failure to Appear (21.5709.b.2 Use/possess w/intent to use drug paraphernalia into human body) | J Dexter Burdette |
| | Case Status Change:  disposed | J Dexter Burdette |
| 6/1/2017 | Case Status Change:  pending/reopened | J Dexter Burdette |
| 6/28/2017 | Bench Warrant Returned Sheriff<br>Document title: BENCH WARRANT RETURN SHERIFF -- Issued 3/2/17<br>Document ID: 3149180 | J Dexter Burdette |
| | Defendant in custody Bench Warrant Bond Forfeiture  set aside and recalled, Continued 7/11/17 Bond already set at $5,000 | Jennifer L Myers |
| | Bench Warrant Quashed  Failure to Appear for preliminary hearing  Defendant: Williams, Freddie | Jennifer L Myers |
| | Hearing Scheduled  (Docket Call  07/11/2017 09:00 AM) | Renee S Henry |
| 7/10/2017 | Motion<br>Document title: MOTION TO MODIFY BOND (DAVID H MATTHEWS)<br>Document ID: 3157873 | J Dexter Burdette |
| 7/11/2017 | Hearing result for Docket Call held on 07/11/2017 09:00 AM:   Preliminary hearing 8/17/17 at 10:30am in div.13 | Renee S Henry |
| 7/12/2017 | Hearing Scheduled  (Preliminary  08/17/2017 10:30 AM) | No Judge Assigned |
| 7/19/2017 | Request<br>Document title: INMATE REQUEST WITH VARIOUS CORRESPONDENCE: ROA, Warrant and Affidavit sent<br>Document ID: 3166480 | J Dexter Burdette |
| 7/21/2017 | Motion<br>Document title: MOTION TO WITHDRAW (David Matthews)<br>Document ID: 3169426 | J Dexter Burdette |

Date:   10/19/2017                         **Wyandotte County District Court**
Time:   11:19 AM                                    ROA Report
Page 6 of 7                     Case: 2016-CR-000601  Current Judge: J Dexter Burdette
                                        Defendant: Williams, Freddie

State of Kansas  vs.  Freddie Williams

Felony

| Date | | Judge |
|------|---|-------|
| 7/25/2017 | Hearing result for Motion held on 07/25/2017 09:00 AM:   Defendant in custody with attorney David Matthews. State by Kayla Roehler. On Motion for attorney to withdraw. Matthews has legal and ethical dispute with defendant. State no objection. Court allows to attorney to withdraw. Court instructs defendant that last appointment. Attorney and defendant needs to work with attorney appointment. Court does not take up bond reduction. Case set 8/17/17 at 10:30am in div.13 for preliminary hearing. Court will try to appoint defendant attorney by then. | Courtney H Mikesic |
| 7/27/2017 | Praecipe: 2 Subpoena Issues to DA 2 Subpoena Returned from DA (OFF J A SEIBEL SRG S C DAVIS SERVED HAND DELIVERY) Document title: SUBPOENA Document ID: 3174252 | J Dexter Burdette |
| 7/31/2017 | Order appointing private counsel Document title: ORDER APPOINTING COUNSEL (RAYMOND PROBST) Document ID: 3175823 | J Dexter Burdette |
| 8/4/2017 | ROA AND ALL MOTIONS TO DEFENDANT PER JAIL REQUEST | J Dexter Burdette |
| 8/8/2017 | ATTORNEY INFORMATION TO DEFENDANT PER JAIL REQUEST | J Dexter Burdette |
| 8/16/2017 | DIS: Discovery Document title: DISCOVERY RECEIPT (RAYMOND E PROBST JR) Document ID: 3191396 | J Dexter Burdette |
| 8/17/2017 | Hearing result for Preliminary held on 08/17/2017 10:30 AM:   Continued by defendant because Raymond Probst was just appointed and needs discovery. Defendant's motion for bond reduction denied. Preliminary hearing 9/21/17 at 10:30am in div.13. | Jennifer L Myers |
| | Hearing Scheduled  (Preliminary  09/21/2017 10:30 AM) | No Judge Assigned |
| 8/21/2017 | ROA, AFFIDAVIT, INFORMATION AND WARRANT TO DEFENDANT PER JAIL REQUEST. | J Dexter Burdette |
| 8/22/2017 | Praecipe: 2 Subpoena Issues to DA 2 Subpoena Returned from DA (OFF J A SEIBEL SRG S C DAVIS SERVED HAND DELIVERY) Document title: SUBPOENA Document ID: 3196944 | J Dexter Burdette |
| 9/6/2017 | ROA and motion to supress to defendant per jail request. | J Dexter Burdette |

Date:   10/19/2017
Time:  11:19 AM
Page 7 of 7

**Wyandotte County District Court**
ROA Report
Case: 2016-CR-000601  Current Judge: J Dexter Burdette
Defendant: Williams, Freddie

State of Kansas  vs.  Freddie Williams

Felony

| Date | | Judge |
|---|---|---|
| 9/21/2017 | Hearing result for Preliminary held on 09/21/2017 10:30 AM:   On record for preliminary hearing. State by Kayla Roehler. Defendant in custody by Raymond Probst. The court finds that based on the testimony today in finding the evidence most favorable to the state. The court finds that a crime has been committed as charged and there is probable cause to believe defendant is guilty thereof. Defendant is bound over for trial. Defendant requested formal arraignment defendant was formally arraigned on counts 1 & 2 and defendant pleads not guilty. Pretrial conference 10/13/17 at 9am in div.9. Defendant make oral motion to suppress as illegal search and seizure. Defendant argues illegal terry stop that police has no reason for search. State argues officer testified that officer saw pipe sticking out of defendant pocket, also officer did weapons check for safety as called for weapons disputes. Court denies defendant motion to suppress. Court finds the search was legal and conducted properly. Defendant also on record stated wanted to proceed with attorney Raymond Probst. Defendant attorney made motion for OR Bond and Bond reduction. State objects. Court denies bond reduction. Bond remains set $5,000 cash or surety. | Courtney H Mikesic |
| | Plea Entered (NG 21.5706.a Possession of opiate, opium, narcotic or certain stimulant) | Courtney H Mikesic |
| | Plea Entered (NG 21.5709.b.2 Use/possess w/intent to use drug paraphernalia into human body) | Courtney H Mikesic |
| 9/22/2017 | Hearing Scheduled  (Pretrial Conference  10/13/2017 09:00 AM) | J Dexter Burdette |
| 10/13/2017 | Record Taken -- Monica Zarate, CSR.  Pretrial conference. | J Dexter Burdette |
| | Hearing result for Pretrial Conference held on 10/13/2017 09:00 AM:   Jury Trial set for 2/12/18 at 9:00 AM with a motion hearing set for 12/13/17 at 10:00 AM. | J Dexter Burdette |
| | Hearing Scheduled  (Motion  12/13/2017 10:00 AM) | J Dexter Burdette |
| | Hearing Scheduled  (Jury Trial  02/12/2018 09:00 AM) | J Dexter Burdette |

*[handwritten annotation]* same judge to unsealed indictment in case KCK1122 after she bound me over for trial

Date: 2/6/2018                    **Wyandotte County District Court**

Time: 07:52 AM                               ROA Report

Page 1 of 2              Case: 2017-CR-001122 Current Judge: J Dexter Burdette

                                    Defendant: Williams, Freddie

State of Kansas  vs.  Freddie Williams

*Not June 28, 2017?*

                                        Felony

| Date | | Judge |
|---|---|---|
| 10/24/2017 | Arrest Warrant Issued to Sheriff Bond amount: 20000.00  Defendant: Williams, Freddie | Courtney H Mikesic |
| | Information<br>Document title: INFORMATION<br>Document ID: 3252314 | Courtney H Mikesic |
| | Affidavit<br>Document title: AFFIDAVIT FOR APPLICATION FOR WARRANT<br>Document ID: 3252315 | Courtney H Mikesic |
| | *Document sealed* | |
| 10/25/2017 | Arrest Warrant Served/Returned Defendant: Williams, Freddie<br>Document title: WARRANT<br>Document ID: 3253416 | Jennifer L Myers |
| | Bond Set at at $20,000.00 | Jennifer L Myers |
| | Hearing result for First Appearance held on 10/25/2017 09:00 AM:   First Appearance Held | Jennifer L Myers |
| | Hearing Scheduled  (Docket Call  10/31/2017 09:00 AM) | Jennifer L Myers |
| | Prosecutor of Record Christopher Lee Schneider | J Dexter Burdette |
| 10/31/2017 | Hearing result for Docket Call held on 10/31/2017 09:00 AM:  Raymond Probst Appointed to represent defendant. Next court date 11/7/17 $100 bids fee ordered. | J Dexter Burdette |
| 11/2/2017 | Hearing Scheduled  (Docket Call  11/07/2017 09:00 AM) | Renee S Henry |
| | Order appointing private counsel<br>Document title: ORDER APPOINTING COUNSEL (RAYMOND PROBST)<br>Document ID: 3260774 | J Dexter Burdette |
| 11/3/2017 | Case number, ROA, and affidavit to defendant per jail request. | J Dexter Burdette |
| 11/7/2017 | Hearing result for Docket Call held on 11/07/2017 09:00 AM:   Continued by defendant 11/28/17 | Renee S Henry |
| | Hearing Scheduled  (Docket Call  11/28/2017 09:00 AM) | Jennifer L Myers |
| 11/8/2017 | Document<br>Document title: FINANCIAL AFFIDAVIT<br>Document ID: 3265993 | J Dexter Burdette |
| 11/20/2017 | ROA to defendant per jail request. | J Dexter Burdette |
| 11/28/2017 | Hearing result for Docket Call held on 11/28/2017 09:00 AM:   Continued by defendant 12/19/17 | Courtney H Mikesic |
| | Hearing Scheduled  (Docket Call  12/19/2017 09:00 AM) | Renee S Henry |
| 12/13/2017 | Record Taken -- Monica Zarate, CSR.  Motion. | J Dexter Burdette |
| | Probst's motion to withdraw heard and granted. Defendant cautioned regarding behavior and pro se motions. New attorney is Charles Lamb, case set for status conference on 1/12/18 at 9:45am. | J Dexter Burdette |
| 12/14/2017 | Order<br>Document title: ORDER APPOINTING COUNSEL (Charles Lamb)<br>Document ID: 3294945 | J Dexter Burdette |
| 12/15/2017 | Hearing Scheduled  (Status Conference  01/12/2018 09:45 AM) | J Dexter Burdette |

**(OVER)**

Date:  2/6/2018                          **Wyandotte County District Court**
Time:  07:52 AM                                ROA Report
Page 2 of 2                    Case: 2017-CR-001122  Current Judge: J Dexter Burdette
                                   Defendant: Williams, Freddie

State of Kansas  vs.  Freddie Williams


                                          Felony

| Date | | Judge |
|------|---|-------|
| 12/15/2017 | Hearing result for Docket Call set for 12/19/2017 09:00 AM:   Hearing Cancelled | J Dexter Burdette |
| 1/2/2018 | ROA to defendant per jail request. | J Dexter Burdette |
| 1/12/2018 | Copy of ROA to defendant per jail request. | J Dexter Burdette |
| | Hearing Scheduled  (Status Conference  01/18/2018 10:15 AM) | J Dexter Burdette |
| 1/18/2018 | Record Taken -- Monica Zarate, CSR.  Motion. | J Dexter Burdette |
| | Hearing result for Status Conference held on 01/12/2018 09:45 AM: Continued to 1/18/2018 | J Dexter Burdette |
| | Hearing result for Status Conference held on 01/18/2018 10:15 AM: Defendant continued case to 5/14/18 at 9:00 AM with other case 2016CR601. | J Dexter Burdette |
| | Hearing Scheduled  (Status Conference  05/14/2018 09:00 AM) | J Dexter Burdette |
| 2/1/2018 | Request<br>Document title: INMATE REQUEST: ICF forwarded to attorney via email<br>Document ID: 3333108 | J Dexter Burdette |

In the District Courts of Kansas

State of Kansas
vs
Freddie Williams

CASE No 17CR1122

Motion To Dismiss with Prejudice
for Prosecutorial Misconduct, Abuse of the
law and Perjury

Defendant comes Now before this court through
counsel                   , and ask the courts to review
the following Argument...

Argument

On October 24, 2017,                    filed charges
of failure to pay Registration fees of February, March,
April. under the law of Kansas Bill of Rights if a person
is homeless he has to Register every month. If person is
filing for disability he is not charged until his disability
case is settled. If a person gives a address of residence
he only has to pay a $20.00 fee for Registration every
3 months.

In February I the defendant Registered and
gave home Address (see Registration Papers). I Registered
with Mrs Myrtle Williams the same address as I Always
place. Deputy Pennington, who stole Registrations Money, call
my sister phone every month asking for fee. I do
Not have to pay every month. No warrant was place
on my Name for Not Registering.

These charges is a violation of the defendant 8 (Eight) Amendment Rights of Cruel and Unusual Punishment, presented by abuse of the law and Prosecutorial Misconduct. To file charges in October, when this alleged crime took place in February, March, April; an not filed a warrant then is Double Jeopardy and Judicial Abuse, as well as prejudice.

These act violates the defendant Faith and Fourteenth Amendment under the Equal Protection. Malicious prosecution is against the law in the Kansas State Bill of Rights.

Conclusion

Defendant, Ask the courts to Dismiss this illegal act of prosecution with prejudice.

Respectfully Submitted
Fredalie Williams

Certificate of Service

ESMERALDA WILSON
NOTARY PUBLIC
STATE OF KANSAS

ACKNOWLEDGED BEFORE ME THIS 6TH DAY OF NOVEMBER, 2017, WHO DID WHO DID PRODUCE MY PICTURE ID PRESENTING PERSON TO SIGN OR

STATE OF KANSAS
COUNTY OF WYANDOTTE
THE FOREGOING INSTRUMENT WAS
by FREDDIE WILLIAMS, WHO

NOTARY SIGNATURE
MY COMMISSION
EXPIRES: 8/17/21